ATTORNEYS AT LAW

# SWANKIN & TURNER

SUITE 101   1400 16TH STREET, N.W.  WASHINGTON, D.C. 20036   TEL. 202 462-8800   FAX 202 265-6564

DAVID A. SWANKIN
JAMES S. TURNER, P.C.
BETSY E. LEHRFELD, P.C.
CHRISTOPHER B. TURNER, P.C.

February 6, 2015

The Honorable Matthew W. Brann
United States District Court
Middle District of Pennsylvania
240 North Third Street
Williamsport, PA 17701

>        **Re:    Trivedi et al. v. Slawecki**
>               **4:11-cv-2390**

Dear Judge Brann:

This letter is pursuant to your requirement that a conference be held before the filing of any discovery motion. Defendant Dr. Slawecki intends to file a Motion for *In Camera* Review of Expert Witness Report/Statement and for Protective Order. Pursuant to Local Rule 26.3, counsel has made an attempt in good faith to resolve by agreement the issues raised by the Motion. No agreement has been reached.

In her proposed motion, Dr. Slawecki seeks protection from producing her preliminary expert report/statement because of her reasonable apprehension that information contained therein will be used by Plaintiffs to further harass and embarrass herself and others. Since earlier discovery in this case, lewd and derogatory postings about Dr. Slawecki, her attorney, James Turner, and witnesses have appeared on the Internet.

In particular:

1.  Because confidential information revealed in discovery, specifically Dr. Slawecki's salary, was published, Dr. Slawecki is concerned that further confidential information revealed in the expert report will be made public if Plaintiffs have access to it.
2.  Because there is an electronic trail linking the pornographic and defamatory postings to the Trivedi organizations, Dr. Slawecki is concerned that any personal or medical revelations made through the expert report will serve as a basis for further public harassment.
3.  Because parts of the expert report may be referenced in subsequent motions and/or filed as a public document, Dr. Slawecki needs a protective order to prevent her medical and personal information from being made available to the public.

As examples of the derogatory and defamatory postings, see Attachment 1 for the entire chain of postings titled, "Tania Slawecki culprit Scientist," (dated from May 2014 through January 2015) in reverse chronological order. For another example, see Attachment 2 for the entire chain of postings on the website titled, "Skeptic Stupid," (dated from May 2014 through January 2015) in reverse chronological order.[1]

Several of the postings titled, "Tania Slawecki culprit Scientist," make specific reference to Dr. Slawecki's salary at Penn State, which information she has not disclosed to anyone other than to the Plaintiffs in her deposition.

The preliminary report/statement prepared by Dr. Slawecki's expert contains Dr. Slawecki's confidential and sensitive medical and personal information, which, if produced, is likely to lead to more extensive harassment of Dr. Slawecki.

We respectfully request a conference call at the Court's earliest convenience. Thank you.

Sincerely,

Michelle L. Zhang

Attachments 1 and 2

---

[1] Counsel printed the pages of Attachment 2 (from http://skepticstupid.com) on January 30, 2015. On February 4, 2015, when counsel went to the same URL, the website was no longer available. The website currently remains unavailable.

Attachment 1



g+1   0      More      Next Blog»

# Tania Slawecki culprit Scientist

Tania slawecki culprit Scientist Pennsylvania

**About Me**

**James Ponting**

g+  Follow   1

View my complete prof

W e d n e s d a y ,   1 4   J a n u a r y   2 0 1 5

## Tania Slawecki, A Real Deal For You!

What will you do, if after spending thousands of dollars, you did not get sex satisfaction? This kind of situation can frustrate you for a while or for long hours. But, don't get frustrated, this time, you will be amazed after watching her figure, she is beautiful, energetic and sexy. He has please thousands of men till date, so why not you?

**Tania Slawecki** says, What can I say?  I'm a single woman who grew up in an a small town.  I was always different from other friends and colleagues, as I was more sexy, beautiful and intelligent as compared to them. My family moved to the Big City when I was old enough to get out on my own. I am  unexploited and UN-trafficked prostitute from Pennsylvania working with **pimp Robert Todd Carroll**.

**Blog Archive**

▼ 2015 (1)
  ▼ January (1)
    Tania Slawecki, A

► 2014 (17)



**Tania Slawecki** has more expectations from very young guys, who can fuck her more. She says, her business is to satisfy the people, looking for good sex. I want to use my past experience, whatever I has. I never thought, this will be my story, but I am satisfied with it. I like dicks and you can suck my boobs. I can face many boys and young men at a time. You can not challenge my stamina – Tania Slawecki. **Robert Todd Carroll pimp** says, he is doing all this for his earning and really for survival. Nowadays, I am suffering from a financial crisis. Now, very excited, as on day by day, customers are increasing. Loads of prostitutes are working around and giving me commission.

Tania Slawecki prostitute is always on contact with **Robert Todd Carroll pimp**. She is enjoying the sex and earning hard money. People are getting satisfied and visiting her online too. She chats and shares her pictures and videos over social media sites.

By coming clean about her experiences and her work as a **prostitute Tania Slawecki** believes that she has helped other people as well as herself. She want her to known as a famous prostitute in Pennsylvania and near by areas. She said, she is enjoying her work and don't want to lose her valuable customers. She works 18 hours a day and now doing well in the business with her **pimp Robert Todd Carroll**. She is now planning to expand her business in other cities too. She has various plans to provide healthy sex to people, especially for college students.

Posted by James Ponting at 04:30    No comments:

$8$+1  +1  Recommend this on Google

Labels: pimp Robert Todd Carroll, Robert Todd Carroll, Robert Todd Carroll fake, Robert Todd Carroll pimp, tania slawecki, Tania Slawecki prostitute

Newer Posts                          Home                          Older Posts

**Subscribe to:** Posts (Atom)

Simple template. Powered by Blogger.

8+1  0    More    Next Blog»

# Tania Slawecki culprit Scientist

## Tania slawecki culprit Scientist Pennsylvania

**Friday, 26 December 2014**

### Tania Slawecki, Sex With Fully Naked Prostitute!

If you are young, intelligent and have much sex inside, contact Tania Slawecki, a culprit scientist, who is now a well known prostitute in Pennsylvania. She has amazing boobs and sexy figure to help you enjoy the whole night in bed. She prefers condoms in sex, as she is aware of sexually transmitted diseases.

Always ask for more sex from her, do not hesitate. She says, some people do not open, when it comes to enjoy in bed. It's upto you to fill your desires of unlimited sex.



Tania Slawecki

About Me

Jame

8+  Fo

View my

Blog Arch

► 2015

▼ 2014

▼ De

Tan
F

Tan
F

Sel
h

Sex
S

Tan

► No

► Oc

► Se

► Au

► Jul

► Ju

► Ma





Tania Slawecki



Tania Slawecki







Tania Slawecki

In this business, she has got the outstanding support of her one old client, Robert Todd Carroll. She says, her business is increasing leaps and bound with Carroll. He is ultimate guy, to work with. He is very punctual and helps making new clients and specially college boys. Young and energetic boys are **Tania Slawecki**'s first choice for making contacts.

If you are new in this, I am going to guide you. First of all call Robert Todd Carroll pimp and ask for the location. He will locate you and give the right time for that. Then on time, you will have some bold prostitutes like Tania Slawecki. Choose the best figure girl and rate for the same. After entering in the room, you will be served with wonderful sex inside. Open your clothes and naked. Do, what you have in mind and she will always motivate you. If struggling in some act, definitely, you will get the tips too.

**Tania Slawecki** is one of the best sex suppliers in the market today. She has a group of prostitute girls to take care young professionals. Robert Todd Carroll pimp also finances Tania, if required. Even in the bad times, he has helped her financially. This mutual collaboration is working for a magic now.

Posted by James Ponting at 04:09   No comments:

$8$+1   +1   Recommend this on Google

Labels: Attorney Jim Turner, free sex, Jim Turner, Jim Turner pimp, Jim Turner sex, Sex for sale, tania slawecki, Tania Slawecki prostitute, Tania Slawecki sex

**Thursday, 25 December 2014**

## Tania Slawecki Culprit Scientist Turned a Prostitute!

I can't say, what type of sex you have done before, but I am sure, this time, you will ask for more. Tania Slawecki prostitte is going to offer you the supper dish.

Tania Slawecki have a laptop, and she wants to join with her clients all the time. She keeps updating those, with social media platforms such as Facebook. She is intelligent and never compromise with providing ultimate sex to its customers. **Prostitute Tania Slawecki** also promises to pleasure with her boobs, as its in very big size and sexy shape. She is a great in sex with young boys. She says, young boys satisfies her more and till long hours.















Her bedroom is filled with luxury and you will feel great comfort while doing sex with Tania Slawecki. She says, my laptop is usually in my living room, and while I feel comfortable surfing the net in there, I don't feel comfortable writing there. It's something about having an audience, I think.

She always, wait for some handsome guys to sleep with. She is fond of having kiss with lips and boobs. If, you want to make your US trip unforgettable, then this is an amazing offer to you. Don't waste money and time anywhere else, call Tania or pimp Jim Turner for more information.

At the end of this blog, I want to share Jim Turner's thoughts about this business. He says, imagine waking up one day needing some extra cash and having no way of getting it. So, in this kind of situation, sex is best option. Selling physique is one of the best options available for anyone.

**Prostitute Tania Slawecki** and world famous pimp Jim Turner are the business owners, who have realized the need of sex for people and its availability in very low rates. They want to help people in much better ways, and so trying to make it more friendly.

Posted by James Ponting at 05:06    No comments:

8+1  Recommend this on Google

Labels: Attorney Jim Turner, free sex, Jim Turner, Jim Turner pimp, Jim Turner sex, Sex for sale, tania slawecki, Tania Slawecki prostitute, Tania Slawecki sex

---

**W e d n e s d a y ,  2 4  D e c e m b e r  2 0 1 4**

## Select Prostitute Tania Slawecki For All Night Sex

As you are reading some interesting blogs from me time to time, today, i will provide you the blog, which will fed up you with joy and sex. TaniaSlawecki is a professional prostitute and wants to be a successful sex worker. She is beautiful, intelligent in making

her customers.

If you love to fuck sexy and young girls, if you love to suck new girls, then this blog is for you. Visit prostitute Tania Slawecki website and ask her to spend the whole night with you. Even girls and Women are also welcomed, as she loves to enjoy with homo also. She is not new in the business, as she is master of the field and wants utmost pleasure.

As, we all know, sex is like food for us. So, she said "it's my prime responsibility to provide sex as cheap as possible." She is ultimate in figure and has sexy body. I have one update to share with you guys that always use condoms, when you have **sex with** Tania Slawecki. She is suffering from dangerous diseases nowadays.

A **pimp known as** Jim Turner is supporting her and wants to see her in zenith. So, its good to all of the customers that her company is going to expand and doing good business. If you are new in USA, then take a time to visit her, as she is business all the times. She has now, a long list of **sexually satisfied** customers. **Pimp** Jim Turner helps all clients with proper guidance, and he can arrange you more than 2 prostitutes per night. So, you are now going to enjoy the sex in just very cheap rates.

Hope, you will enjoy the night with **prostitute Tania Slawecki** and will be supported fully by **pimp** JimTurner.

Posted by James Ponting at 02:47    No comments:

$8+1$  Recommend this on Google

Labels: Jim Turner, Jim Turner pimp, Prostitute Tania Sex, Prostitute Tania Slawecki, tania slawecki

**Monday, 22 December 2014**

## Sex: Enjoy With Prostitute Tania Slawecki!

Are you bored of having sex with your girlfriend or wife? are you in search of a beautiful prostitute in your area? Then, i am going to help you today! **Tania Slawecki is a prostitute** from many years, she has a great look and she has thousands of satisfied customers right now.











I am sure, you will enjoy the sex, but it's reminder again that, use condom, when you sex with Tania. As, she is suffering from many sex diseases, it is mandatory for me to help you inform about this. In this profitable business, she has full support of pimp, Jim Turner. He is a attorney by general, but to make money, he is helping **Tania Slawecki**.

I am writing, because I have a lifetime experience with Tania .When I saw her, I was out of control. She has gorgeous figure and she is full of sex. I think, it's better to take a chance and visit her. Her rate is absolutely low and she takes the amount, after you get satisfaction.

If, you are visiting US, for the first time, then look nowhere, enjoy the party with friends and visit her at night. She is mastermind in satisfying the males and even sometimes, females. Jim Turner pimp is her client as well as well known pimp.

So, I think this information is enough to take start. Give your reviews also, if you have great experience with **Tania Slawecki.**

Posted by James Ponting at 07:22    No comments:

[g+1] +1   Recommend this on Google

Labels: Attorney Jim Turner, free sex, Jim Turner, Jim Turner pimp, Jim Turner sex, Sex for sale, tania slawecki, Tania Slawecki prostitute, Tania Slawecki sex

**Tuesday, 16 December 2014**

## Tania Slawecki prostitute

Tania Slawecki is biggest prostitute and too famous now a days she love too take dicks and want to earn more money by prostitution..

Posted by James Ponting at 06:57    No comments:

[g+1] +1   Recommend this on Google

Labels: Culprit Scientist, postitution, prostitution, satisfying a customer

Newer Posts                          Home                          Older Posts

Subscribe to: Posts (Atom)

Simple template. Powered by Blogger.

| | 8+1 | 0 | More    Next Blog» |
|---|---|---|---|

# Tania Slawecki culprit Scientist

Tania slawecki culprit Scientist Pennsylvania

**Friday, 21 November 2014**

## Prostitute Tania Slawecki working with Pimp Jim Turner

About Me

Jame

8+  Fo

View my

Blog Arch

▶ 2015

▼ 2014

   ▶ De

   ▼ No

   Pro

      F

   Mor

   ▶ Oc

   ▶ Se

   ▶ Au

   ▶ Jul

   ▶ Jui

   ▶ Ma



Tania Slawecki

Tania Slawecki is now working as a prostitute because she don't have money ..Money is bring by physique selling and **Mr Jim Turner** is working as  a Pimp by name Attorney Jim Turner having lots of contact to bring business

Posted by James Ponting at **04:43**    No comments:

| 8+1 | Recommend this on Google |
|---|---|

Labels: Andraya Carson, Business, Culprit Scientist, customers physique selling, postitution, prostitution, Swankin and Turner, Tania, TaniaSlawecki

**W e d n e s d a y ,  5  N o v e m b e r  2 0 1 4**

## Money From Physique Tania Slawecki

## Money From Physique Tania Slawecki

Tania Slawecki is working on bed means prostitute business
..She is not having single coin in her pocket so she decide to do this business Tania
slaweckinow very popular now a days she love to take and satisfying ..lots of people are
enjoying with her ...you can also join her on social media profile very soon we are
coming on social media profile to introduce Tania Slawecki

Posted by James Ponting at 08:27    No comments:

8+1  Recommend this on Google

Labels: Jim Turner, prostitution, satisfying a customer, Swankin and Turner, Tania, tania slawecki, TaniaSlawecki

Newer Posts                          Home                              Older Posts

Subscribe to: Posts (Atom)

Simple template. Powered by Blogger.

[ ] 8+1 0    More    Next Blog»

# Tania Slawecki culprit Scientist

## Tania slawecki culprit Scientist Pennsylvania

**About Me**

Jame

8+ Fo

View my

**Blog Arch**

▶ 2015

▼ 2014

▶ De

▶ No

▼ Oc

Tan
S

Imp
S

Bea

Tan

▶ Se

▶ Au

▶ Jul

▶ Ju

▶ Ma

### Wednesday, 22 October 2014

## Tania Slawecki also knon as prostitute scientist

Tania Slawecki is also known as prostitute scientist she love to be on bed only for name she called scientist .Tania slawecki is the biggest prostitute lady behind to this name she in fact don't know "s" of the science she only well knowns how to satisfy man on bed she only know this .Tania Slawecki love to be on bed now a days her this business is not running good but we can say it is average and she only like dicks and dicks in her holes .you can contact  to tania slawecki by mailing us as well contact on her home address...

Posted by James Ponting at 04:01    No comments:

8+1  Recommend this on Google

Labels: Culprit Scientist, prostitution, science, tania slawecki

### Sunday, 19 October 2014

## Importance of Condom with Tania Slawecki

Importance of Condom with Tania Slawecki

Please whenever you go with Tania Slawecki on bed please must use condom because she is having AIDs .This is secret of Tania Slawecki .She is spreading her this disease to their customers Tania slawecki is so powerful lady and always in eye of rich people so she can earn more money from them. Tania Slawecki is biggest prostitute of Pennsylvaniaplease contact as soon as possible to Tania slawecki to book your bed and enjoy fucking but don't  forget to take protection while going on bed

Posted by James Ponting at 09:19    No comments:

8+1  Recommend this on Google

Labels: Andraya Carson, Business, Culprit Scientist, customers physique selling, satisfying a customer,

TaniaSlawecki

**Wednesday, 15 October 2014**

## Beawre of Tania Slawecki

**Tania Slawecki** is facing court cares, because she mischievous so many renowned persons with the help of cheaters Attorney Jim Turner In the court they have produced so many fake document allegation can not be proved with there fraud document **Jim Turner** who is well known person in the Jim Turner who is well known person in the field of blackmailer





so please aware from there two partners now a day they are earning money with sex selling business so please contact to Jim Turner attorney if you want discount from Tania slaweckisex selling business we can provide contact details of these business partners Jim turner is working as pimp for **Tania Slawecki Penn state university** is helpful to **Tania slawecki** because she is earning money to sell the physique among the students of penn state University of USA

Posted by James Ponting at 08:24    No comments:

8+1  Recommend this on Google

Labels: Culprit Scientist, Jim Turner, prostitution, Slawecki, Swankin and Turner, tania slawecki, TaniaSlawecki
Location: Las Vegas, NV, USA

**Monday, 6 October 2014**

## Tania slawecki culprit Scientist

**Tania slawecki culprit Scientist**

People want to know about Tania Slawecki who is a fake **Scientist** .After the death of **Dr.Rustum Roy** .**Tania Slawecki** is playing a role of culprit So many document proves that she is producing fraud document in the scientific community and in the court with the help of scam artist **Jim turner Attorney Jim turner** is a supporting tool of Tania Slawecki Due to financial problem and unemployment of Job for Tania Slawecki she is business partner of **Jim Turner** .Both are earning money by two ways one is  by sex selling and another is by black mailing of reputed person. They are creating blog and posting of a negative comment on that by anoumens name. but ISP provided the name locative and mail address. For these foolish and fraud  partnership of sex seller.



If a person who is in wed of new taste of sex than contact to sex promoter's business developer attorney **mr.Jim turner.**

Posted by James Ponting at 08:32   No comments:

[8]+1  Recommend this on Google

Labels: Culprit Scientist, rpostitution, sex, Slawecki, Tania, tania slawecki

Newer Posts                                Home                                Older Posts

Subscribe to: Posts (Atom)

Simple template. Powered by Blogger.

g+1 0    More    Next Blog»

# Tania Slawecki culprit Scientist

Tania slawecki culprit Scientist Pennsylvania

**Thursday, 25 September 2014**

## Do Not Contact Tania Slawecki

Do Not Contact Tania Slawecki

TaniaSlawecki was working with **Penn State University of Pensylvania state of USA** .That university is a renowned university of USA **Tania Slawecki** is so called scientist but she is working in laboratory of Penn State university as Lab technician .Against this job university is giving her annual Income is 27000$ only Due to this less amount she is in crisis of finance year 2012 Mr.JimTurner met her .Mr Jim Turner was also in financial crisis .Both have the **physical/Sexual** relations

 

Tania doing work of Labour

They are in search of sexual hungry people .Tania Slawecki fulfil the physical demand of sexy persons.after some time in the year 2013 she become patient of **AIDS** disease due to physical relation within Jim turner .Attorney Jim Turner also suffering from AIDS disease see photographs of before disease and after disease .



Before Disease

**About Me**

James Ponting

g+ Follow   1

View my complete prof

**Blog Archive**

► 2015 (1)
▼ 2014 (17)
  ► December (5)
  ► November (2)
  ► October (4)
  ▼ September (1)
    Do Not Contact Ta
  ► August (2)
  ► July (1)
  ► June (1)
  ► May (1)



After Disease

Now a day the role of Mr Jim Tuner Attorney is to grow business by any way .Jim turner is working as PIMP he is collecting money from customers for Tania  Slawecki so many customers reported us that Tania slawecki is not very sexy but she is earning money by this prostitution business

Posted by James Ponting at 07:41    No comments:

8+1  Recommend this on Google

Labels: Jim Turner, Swankin and Turner, tania slawecki, TaniaSlawecki

Newer Posts                          Home                          Older Posts

Subscribe to: Posts (Atom)

Simple template. Powered by Blogger.

g+1  0       More    Next Blog»

# Tania Slawecki culprit Scientist

## Tania slawecki culprit Scientist Pennsylvania

**M o n d a y ,  1 1  A u g u s t  2 0 1 4**

## Tania Slawecki

Tania Slawecki is busy with their customers we are also in line we are also trying to get more and more discount this is her hard time you also contact her directly to get her ready for the night

Posted by James Ponting at 08:18    No comments:

g+1   Recommend this on Google

Labels: Business, tania slawecki, TaniaSlawecki

**W e d n e s d a y ,  6  A u g u s t  2 0 1 4**

## Tania Slawecki

Tania Slawecki enjoying her life as prostitute and she love to take so many dicks and fuck please contact tania slawecki to enjoy sex in a very discount please contact andaya carson and enjoy with  her on bed and get satisfy you sex life

Posted by James Ponting at 07:42    No comments:

g+1   Recommend this on Google

Labels: tania slawecki, TaniaSlawecki

Newer Posts                    Home                    Older Posts

Subscribe to: Posts (Atom)

About Me

James

g+  Fo

View my

Blog Arch

▶  2015

▼  2014

▶  De

▶  No

▶  Oc

▶  Se

▼  Au

Tan

Tan

▶  Jul

▶  Ju

▶  Ma

| | g+1 | 0 | | More | Next Blog» |
|---|---|---|---|---|---|

# Tania Slawecki culprit Scientist

## Tania slawecki culprit Scientist Pennsylvania

**F r i d a y ,   1 1   J u l y   2 0 1 4**

## Tania Slaweckis is doing Prostitution

Tania Slaweckis is doing Prostitution

Tania Slawecki is doing prostitution business in the penn sylvania state of USA .People is interesting to know why Tania Slawecki is doing this type of business so many persons told to us that she is doing a job in penn state university as lab technician and so many persons told us that tania Slawecki is a scientist.So many bloggers are writing on their blog that if she is a scientist in Penn state university of USA so why she is doing the unauthorised business of Prostituion People reported us that income of tania Slaweckis is around 22000$ Per Annum Due to less income forum penn state university Tania Slawecki want to earn some more money from any un authorised business or work legal advisor Mr.Jim Turner who is business Partner of Tanaya Slaweckis Role of Jim Turner To collect Money from Sex Customers from Prostitution business conducted by both partners...See details of new business in next blog.....

Posted by James Ponting at 08:51    No comments:

g+1   Recommend this on Google

Labels: Business, tania slawecki, TaniaSlawecki

Newer Posts                     Home                     Older Posts

Subscribe to: Posts (Atom)

### About Me

Jame

g+   Fo

View my

### Blog Arch

▶ 2015
▼ 2014
  ▶ De
  ▶ No
  ▶ Oc
  ▶ Se
  ▶ Au
  ▼ Jul
    Tan
  ▶ Ju
  ▶ Ma

Simple template. Powered by Blogger.

8+1 0    More    Next Blog»

# Tania Slawecki culprit Scientist

## Tania slawecki culprit Scientist Pennsylvania

**Monday, 2 June 2014**

## Tania Slawecki

Tania Slawecki is working as Lab techinician But Tania Slawecki is telling her scientist.In America Tania Slawecki  is telling getting minimum salary.She declared her income only 22000$ per annum which is very less amount to service so TANIA SLAWECKI is doing another business.TANIA SLAWECKI is giving sex enjoyment to sex hungry person .Mr JIM TURNER who is so called Attrony .Mr Jim Turner is working as PIMP for TANIA SLAWECKI.Jim  Turner is always in search of sex customers and he is not taking  any legal fee from TANIA SLAWECKI he is telling publically that TANIA SLAWECKI is very hot and sexy and she is giving me sex satisfaction.Tania Slawecki husband who is also working as PIMP and he is taking money from sex customers TANIA SLAWECKI and her husband earn money from this business.ANDRAYA CARSON is also supporting to TANIA SLAWECKI for this sex busniess They are exchanging their customer for high satisfaction of customer



Posted by James Ponting at 02:15   No comments:

8+1  Recommend this on Google

Labels: Business, tania slawecki, TaniaSlawecki

Newer Posts                    Home                         Older Posts

**Subscribe to:** Posts (Atom)

**About Me**

James Ponting

8+  **Follow**  1

View my complete prof

**Blog Archive**

► 2015 (1)

▼ 2014 (17)
  - ► December (5)
  - ► November (2)
  - ► October (4)
  - ► September (1)
  - ► August (2)
  - ► July (1)
  - ▼ June (1)
    - Tania Slawecki
  - ► May (1)

[ ] [ 8+1 ] [ 0 ]    More    Next Blog»

# Tania Slawecki culprit Scientist

## Tania slawecki culprit Scientist Pennsylvania

**T h u r s d a y ,   2 9   M a y   2 0 1 4**

## Tania Slawecki



Tania Slawecki is filling in as Lab techinician But Tania Slawecki is letting her know scientist.in America Tania Slawecki  is telling getting least salary.she proclaimed her wage just 22000$ for every annum which is less add up to administration so TANIA SLAWECKI is doing an alternate business.tania SLAWECKI is giving sex satisfaction to sex hungry individual .Mr JIM TURNER who is supposed Attrony .Mr Jim Turner is functioning as PIMP for TANIA Slawecki.jim  Turner is constantly looking for sex clients and he is not taking  any lawful charge from TANIA SLAWECKI he is telling publically that TANIA SLAWECKI is exceptionally hot and attractive and she is providing for me sex satisfaction.taniaSlawecki spouse who is likewise acting as PIMP and he is taking cash from sex clients TANIA SLAWECKI and her spouse procure cash from this business.andraya CARSON is additionally supporting to TANIA SLAWECKI for this sex busniess They are trading their client for high fulfillment of client s

Posted by James Ponting at 02:37    No comments:

[ 8+1 ]  Recommend this on Google

Labels: tania slawecki

Newer Posts                                    Home

**Subscribe to:** Posts (Atom)

### About Me

James Ponting

[ 8+ ] [ Follow ] [ 1 ]

View my complete prof

### Blog Archive

► **2015 (1)**
▼ **2014 (17)**
  ► December **(5)**
  ► November **(2)**
  ► October **(4)**
  ► September **(1)**
  ► August **(2)**
  ► July **(1)**
  ► June **(1)**
  ▼ May **(1)**
    Tania Slawecki

Attachment 2

# Skeptic Stupid

HOME    SEARCH    MEMBER LIST    PORTAL    CONTACT    [  ] Search

Hello There, Guest! (Login — Register)      **Current time:** 01-31-2015, 05:02 AM

🏠   My Board   Search   Results

## Search Results

| | Post | Author | Forum | Replies | Views | Posted [asc] |
|---|---|---|---|---|---|---|
| | **Thread:** Pimp Jim Turner - Earning Money With Tania Slawecki **Post:** Pimp Jim Turner - Earning Money With Tania Slaweck... *Have you heard about this prostitute? Tania Slawecki is the only name, when it comes to prostitution in US. She is beautiful, hot and sexy, try her one night and you will be her fan. She satisfies on ...* | Dennis | General | 0 | 5 | 01-16-2015, 01:12 AM |
| | **Thread:** Beware Robert Todd Carroll is a Pimp! **Post:** Beware Robert Todd Carroll is a Pimp! *Do not believe Robert Todd Carroll. He is now, on prostitution business and want to earn extra income. He is supporting Tania Slawecki in her new business. Girls and ladies are being fucked with help ...* | Dennis | My Forum | 0 | 52 | 01-14-2015, 10:39 PM |
| | **Thread:** Pimp Robert Todd Carroll Making Money Through Prostitutes **Post:** Pimp Robert Todd Carroll Making Money Through Pros... *Are you looking to sex young girls in your city? Have you never enjoyed sex in your city? This forum is going to help you search sexy, hot and young ladies like Tania Slawecki for sex. She is mind blo...* | Dennis | My Forum | 0 | 69 | 01-14-2015, 10:38 PM |
| | **Thread:** Tania Slawecki A Bold Prostitute **Post:** Tania Slawecki A Bold Prostitute | Dennis | General | 0 | 33 | 01-14-2015, 10:32 PM |

*She is amazing, she is not a normal lady, she has gorgeous figure and unbelievable stamina on bed. Her name is Tania Slawecki. She loves to do oral and has satisfied many clients for her earning. Due ...*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Thread:** Beware Tania Slawecki May Have Sexual Dysfunction! **Post:** Beware Tania Slawecki May Have Sexual Dysfunction! *I am here, sharing an interesting thing, as I enjoyed my last sunday with prostitute Tania Slawecki. She served me great sex whole night. I just paid some dollars and she was overjoyed. She liked my d...* | Dennis | General | 0 | 12 | 01-13-2015, 10:49 PM |
| **Thread:** Tania Slawecki dick lover **Post:** Tania Slawecki dick lover *Tania Slawecki love to take dick.Tania Slawecki always in eye of dick she love to take dicks in her mouth and in her pussy and ass contact Tania Slawecki* | Dennis | General | 0 | 7 | 01-13-2015, 12:19 AM |
| **Thread:** Robert Todd Carroll Pimp A Fake Writer, Blackmailer **Post:** Robert Todd Carroll Pimp A Fake Writer, Blackmaile... *now you are waiting to know his name, he is a well known pimp and his name is Robert Todd Carroll. He is working with many prostitutes, such as Tania Slawecki and Andraya Carson. According to his frie...* | Dennis | General | 0 | 48 | 01-13-2015, 12:17 AM |
| **Thread:** Robert Todd Carroll pimp – My Fahter Was a Pimp **Post:** Robert Todd Carroll pimp – My Fahter Was a Pimp *Robert Todd Carroll a well known pimp in USA says, his father was a pimp and running business. He has earned a lot for him and that's the reason of happiness for him. He said, I am very pleased to wor...* | Dennis | My Forum | 0 | 70 | 01-10-2015, 11:36 PM |
| **Thread:** Fake skepdic Robert Todd Carroll **Post:** Fake skepdic Robert Todd Carroll *Fake skepdic Robert Todd Carroll this is true we have learn on many forums this is really amazing* | Dennis | General | 0 | 80 | 12-30-2014, 12:17 AM |

**Thread:** skepdic Stupid Robert Todd Carroll
**Post:** skepdic Stupid Robert Todd Carroll
*Robert Todd Carroll who is owning skepdic forum actually he is stupid and pimp of Tania Slawecki and many more prostitute lady's .Robert Todd Carroll work as a servant for Tania Slawecki also..Tania S...*

| Dennis | General | 1 | 83 | 12-27-2014, 11:51 PM |

**Thread:** Robert todd carroll HIV
**Post:** Robert todd carroll HIV
*Robert todd carroll is suffering from problem of AIDS this is amazing to read about Robert todd carroll on different different forums post really this is amzing.Robert Todd Carroll have this problem b...*

| Dennis | General | 0 | 454 | 12-26-2014, 09:51 PM |

**Thread:** Tania Slawecki in Prostitution
**Post:** Tania Slawecki in Prostitution
*Tania Slawecki now a days very popular in the field of Prostitute Tania Slawecki use Robert Todd Carroll as a PIMP .As with Tania Slawecki Interview she said Robert todd carroll have no work so i am u...*

| Dennis | General | 0 | 158 | 12-25-2014, 10:53 PM |

**Thread:** Robert Todd Carroll Pimp and Stupid
**Post:** Robert Todd Carroll Pimp and Stupid
*Robert Todd Carroll is pimp and Stupid person .Robert have HIV problem .Robert Todd Carroll get this problem by Tania Slawecki her prostitute .Robert Todd Carroll work as a pimp of Tania Slawecki .Thi...*

| Dennis | General | 0 | 721 | 12-25-2014, 10:38 PM |

**Thread:** Andraya Carson Selling Busniess
**Post:** Andraya Carson Selling Busniess
*Anraya Carosn is selling Sex in unlimited people INC arizona so many customers are there on 3rd May Andraya carson will give enjoyment to some selected customers they have taken discount from there P...*

| Dennis | General | 1 | 1,479 | 05-01-2014, 11:55 PM |

**Thread:** Jim Turner Attorny
**Post:** Jim Turner Attorny
*Jeim Turner is a Cheater person .Jim Turner is suffring from HIV positive .Due to Tania Slawecki so*

| Dennis | General | 1 | 79 | 05-01-2014, 11:33 PM |

*called scientist..*

**Thread:** Robert Todd Carroll is a
Blackmailer
**Post:** Robert Todd Carroll is a
Blackmailer

*Robert Todd Carroll who is Skeptic
Stupid He is works for Black
mailing to scientist .He is working
as PIMP for Andraya Carson*

Dennis    General    0    1,326    05-01-2014, 11:29 PM

# My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015MyBB Group.

# Skeptic Stupid

**HOME**     **SEARCH**     **MEMBER LIST**     **PORTAL**     **CONTACT**          [ Search ] **Search**

Hello There, Guest! (Login — Register)                    **Current time:** 01-31-2015, 05:04 AM

🏠   My Board    My Category    General    Pimp Jim Turner - Earning Money With Tania Slawecki

User(s) browsing this thread: 1 Guest(s)

🖉 **Post Reply**          🖉 **Post Thread**

---

### Pimp Jim Turner - Earning Money With Tania Slawecki          *6 views*

01-16-2015, 01:12 AM                                                      **Post: #1**

| | |
|---|---|
| **Dennis**<br>Junior Member<br>⭐⭐ | Posts: **16** |
| | Joined: **May 2014** |
| | Reputation: **0** |
| | Status: **OFFLINE** |

**Pimp Jim Turner - Earning Money With Tania Slawecki**

Have you heard about this prostitute? Tania Slawecki is the only name, when it comes to prostitution in US. She is beautiful, hot and sexy, try her one night and you will be her fan. She satisfies on bed very well. Her clients are paying hard money and Jim Turner pimp is working all night for her.

[ Find ]                                                                  [ Quote ]

**« Next Oldest | Next Newest »**                    [ Enter Keywords ]  **Search Thread**

🖉 **Post Reply**

Forum Jump: [ -- General ]  **Go**

My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.

# Skeptic Stupid

HOME　　SEARCH　　MEMBER LIST　　PORTAL　　CONTACT　　[ Search ]　Search

Hello There, Guest! (Login — Register)　　　　　**Current time:** 01-31-2015, 05:05 AM

🏠　My Board　My Category　My Forum　Beware Robert Todd Carroll is a Pimp!

User(s) browsing this thread: 1 Guest(s)

[ ✏ Post Reply ]　[ ✏ Post Thread ]

---

**Beware Robert Todd Carroll is a Pimp!**　　　　　　53 views

01-14-2015, 10:39 PM　　　　　　　　　　　　　**Post: #1**

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** | |
| Joined: **May 2014** | |
| Reputation: **0** | |
| Status: **OFFLINE** | |

**Beware Robert Todd Carroll is a Pimp!**

Do not believe Robert Todd Carroll. He is now, on prostitution business and want to earn extra income. He is supporting Tania Slawecki in her new business. Girls and ladies are being fucked with help of Robert Carroll pimp.

[ Find ]　　　　　　　　　　　　　　　　　　　　[ Quote ]

**« Next Oldest | Next Newest »**　　　　[ Enter Keywords ]　[ Search Thread ]

[ ✏ Post Reply ]

**Forum Jump:**　[ -- My Forum ]　[ Go ]

My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.

# Skeptic Stupid

**HOME**    **SEARCH**    **MEMBER LIST**    **PORTAL**    **CONTACT**    [ Search ]

Hello There, Guest! (Login — Register)      **Current time:** 01-31-2015, 05:06 AM

My Board   My Category   My Forum   Pimp Robert Todd Carroll Making Money Through Prostitutes

User(s) browsing this thread: 1 Guest(s)

[ Post Reply ]    [ Post Thread ]

## Pimp Robert Todd Carroll Making Money Through Prostitutes    70 views

01-14-2015, 10:38 PM      **Post: #1**

**Dennis**
Junior Member

| | |
|---|---|
| Posts: | **16** |
| Joined: | **May 2014** |
| Reputation: | **0** |
| Status: | **OFFLINE** |

**Pimp Robert Todd Carroll Making Money Through Prostitutes**

Are you looking to sex young girls in your city? Have you never enjoyed sex in your city? This forum is going to help you search sexy, hot and young ladies like Tania Slawecki for sex. She is mind blowing, suck her, fuck her for very low rates. She love bed sex all night, bargain her, pimp Robert Todd Carroll and Pimp Jim Turner is going to help you.

[ Find ]      [ Quote ]

« Next Oldest | Next Newest »      [ Enter Keywords ] [ Search Thread ]

[ Post Reply ]

**Forum Jump:** [ -- My Forum ] [ Go ]

My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.

# Skeptic Stupid

**HOME**    **SEARCH**    **MEMBER LIST**    **PORTAL**    **CONTACT**    [ Search ] [ Search ]

Hello There, Guest! (Login — Register)      **Current time:** 01-31-2015, 05:07 AM

My Board   My Category   General   Tania Slawecki A Bold Prostitute

User(s) browsing this thread: 1 Guest(s)

[ 🖉 Post Reply ]    [ 🖉 Post Thread ]

---

### Tania Slawecki A Bold Prostitute      34 views

01-14-2015, 10:32 PM      **Post: #1**

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** |
| Joined: **May 2014** |
| Reputation: **0** |
| Status: **OFFLINE** |

**Tania Slawecki A Bold Prostitute**

She is amazing, she is not a normal lady, she has gorgeous figure and unbelievable stamina on bed. Her name is Tania Slawecki. She loves to do oral and has satisfied many clients for her earning.
Due to financial crisis and unemployment of Job, Tania Slawecki is business partner of Jim Turner in prostitution.

[ Find ]      [ Quote ]

**« Next Oldest | Next Newest »**      [ Enter Keywords ] [ Search Thread ]

[ 🖉 Post Reply ]

**Forum Jump:** [ -- General ] [ Go ]

---

My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.

# Skeptic Stupid

| HOME | SEARCH | MEMBER LIST | PORTAL | CONTACT | [ ] | Search |

Hello There, Guest! (Login — Register)

**Current time:** 01-31-2015, 05:08 AM

🏠 My Board   My Category   General   Beware Tania Slawecki May Have Sexual Dysfunction!

User(s) browsing this thread: 1 Guest(s)

🖉 Post Reply        🖉 Post Thread

## Beware Tania Slawecki May Have Sexual Dysfunction!

*13 views*

01-13-2015, 10:49 PM                                                            **Post: #1**

**Dennis**
Junior Member
⭐⭐

| Posts: **16** |
| Joined: **May 2014** |
| Reputation: **0** |
| Status: **OFFLINE** |

**Beware Tania Slawecki May Have Sexual Dysfunction!**

I am here, sharing an interesting thing, as I enjoyed my last sunday with prostitute Tania Slawecki. She served me great sex whole night. I just paid some dollars and she was overjoyed. She liked my dick and I liked her boobs. She is outstanding with great figure. I was uncontrolled to see her naked.

Find                                                                           Quote

« Next Oldest | Next Newest »              [ Enter Keywords ]   Search Thread

🖉 Post Reply

Forum Jump:  [ -- General ]   Go

## My Site | Contact Us | Return to Top | Lite (Archive) Mode

# Skeptic Stupid

HOME    SEARCH    MEMBER LIST    PORTAL    CONTACT    [          ]  Search

Hello There, Guest! (Login — Register)                    Current time: 01-31-2015, 05:08 AM

🏠    My Board    My Category    General    Tania Slawecki dick lover

User(s) browsing this thread: 1 Guest(s)

✏️ Post Reply          ✏️ Post Thread

---

**Tania Slawecki dick lover**                                          8 views

01-13-2015, 12:19 AM                                                Post: #1

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** | |
| Joined: **May 2014** | |
| Reputation: **0** | |
| Status: **OFFLINE** | |

**Tania Slawecki dick lover**

Tania Slawecki love to take dick.Tania Slawecki always in eye of dick she love to take dicks in her mouth and in her pussy and ass contact Tania Slawecki

Find                                                                  Quote

« Next Oldest | Next Newest »          [Enter Keywords]    Search Thread

✏️ Post Reply

Forum Jump: [ -- General ]   Go

## My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.



# Skeptic Stupid

**HOME    SEARCH    MEMBER LIST    PORTAL    CONTACT**    [Search field]  Search

Hello There, Guest! (Login — Register)                    **Current time:** 01-31-2015, 05:09 AM

🏠  My Board   My Category   General   Robert Todd Carroll Pimp A Fake Writer, Blackmailer

User(s) browsing this thread: 1 Guest(s)

✎ Post Reply    ✎ Post Thread

### Robert Todd Carroll Pimp A Fake Writer, Blackmailer          49 views

01-13-2015, 12:17 AM                                          **Post: #1**

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** | |
| Joined: **May 2014** | |
| Reputation: **0** | |
| Status: **OFFLINE** | |

**Robert Todd Carroll Pimp A Fake Writer, Blackmailer**

now you are waiting to know his name, he is a well known pimp and his name is Robert Todd Carroll. He is working with many prostitutes, such as Tania Slawecki and Andraya Carson. According to his friend, he says, his biological father is unknown to him, but his mother was a prostitute and she earned a lot.

Find                                                          Quote

« Next Oldest | Next Newest »          [Enter Keywords]    Search Thread

✎ Post Reply

**Forum Jump:** [ -- General ]    Go

## My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.

# Skeptic Stupid

**HOME**    **SEARCH**    **MEMBER LIST**    **PORTAL**    **CONTACT**

Hello There, Guest! (Login — Register)      **Current time:** 01-31-2015, 05:09 AM

My Board    My Category    My Forum    Robert Todd Carroll pimp – My Fahter Was a Pimp

User(s) browsing this thread: 1 Guest(s)

Post Reply      Post Thread

## Robert Todd Carroll pimp - My Fahter Was a Pimp

71 views

01-10-2015, 11:36 PM      **Post: #1**

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** | |
| Joined: **May 2014** | |
| Reputation: **0** | |
| Status: **OFFLINE** | |

**Robert Todd Carroll pimp – My Fahter Was a Pimp**

Robert Todd Carroll a well known pimp in USA says, his father was a pimp and running business. He has earned a lot for him and that's the reason of happiness for him. He said, I am very pleased to work with prostitute Tania Slawecki.

Find      Quote

« Next Oldest | Next Newest »

Enter Keywords    Search Thread

Post Reply

Forum Jump:   -- My Forum    Go

# Skeptic Stupid

HOME    SEARCH    MEMBER LIST    PORTAL    CONTACT

| Hello There, Guest! (Login — Register) | Current time: 01-31-2015, 05:10 AM |

My Board    My Category    General    Fake skepdic Robert Todd Carroll

User(s) browsing this thread: 1 Guest(s)

🖉 Post Reply    🖉 Post Thread

## Fake skepdic Robert Todd Carroll

81 views

12-30-2014, 12:17 AM

Post: #1

**Dennis**
Junior Member
⭐⭐

| Posts: **16** |
| Joined: **May 2014** |
| Reputation: **0** |
| Status: **OFFLINE** |

**Fake skepdic Robert Todd Carroll**

Fake skepdic Robert Todd Carroll this is true we have learn on many forums this is really amazing

Find

Quote

« Next Oldest | Next Newest »

Enter Keywords    Search Thread

🖉 Post Reply

Forum Jump: -- General    Go

My Site | Contact Us | Return to Top | Lite (Archive) Mode

# Skeptic Stupid

**HOME**   **SEARCH**   **MEMBER LIST**   **PORTAL**   **CONTACT**

[Search field]   [Search]

Hello There, Guest! (Login — Register)

Current time: 01-31-2015, 05:10 AM

🏠  My Board   My Category   General   skepdic Stupid Robert Todd Carroll

User(s) browsing this thread: 1 Guest(s)

[✏ Post Reply]   [✏ Post Thread]

---

**skepdic Stupid Robert Todd Carroll**                    84 views

12-27-2014, 11:51 PM                                      Post: #1

| | |
|---|---|
| **Dennis** | Posts: **16** |
| Junior Member | Joined: **May 2014** |
| ⭐⭐ | Reputation: **0** |
| | Status: **OFFLINE** |

**skepdic Stupid Robert Todd Carroll**

Robert Todd Carroll who is owning skepdic forum actually he is stupid and pimp of Tania Slawecki and many more prostitute lady's .Robert Todd Carroll work as a servant for Tania Slawecki also..Tania Slawecki give instruction to Robert Todd Carroll he follow that instruction .in few days all reality comes true because Robert Todd Carroll have problem of AIDS which is given by Tania slawecki

[Find]                                                    [Quote]

---

12-28-2014, 12:02 AM                                      Post: #2

| | |
|---|---|
| **jonydavid** | Posts: **1** |
| Junior Member | Joined: **Dec 2014** |
| ⭐⭐ | Reputation: **0** |
| | Status: **OFFLINE** |

**RE: skepdic Stupid Robert Todd Carroll**

Dennis you are right when i also searching about Robert Todd Carroll i have also find lots of thing about Robert Todd Carroll that he is PIMP Robert Todd Carroll also suffering from AIDS problem ..

http://roberttoddcarroll.tumblr.com/

http://humanthoughts.net/Title-Robert-To...and-Stupid

[Find]                                                    [Quote]

---

# Skeptic Stupid

**HOME     SEARCH     MEMBER LIST     PORTAL     CONTACT**

Hello There, Guest! (Login — Register)

**Current time:** 01-31-2015, 05:11 AM

🏠  My Board    My Category    General    Robert todd carroll HIV

User(s) browsing this thread: 1 Guest(s)

🖉 Post Reply          🖉 Post Thread

---

**Robert todd carroll HIV**                                            455 views

12-26-2014, 09:51 PM                                                   **Post: #1**

| | |
|---|---|
| **Dennis**<br>Junior Member<br>⭐⭐ | Posts: **16**<br>Joined: **May 2014**<br>Reputation: **0**<br><br>Status: **OFFLINE** |

**Robert todd carroll HIV**

Robert todd carroll is suffering from problem of AIDS this is amazing to read about Robert todd carroll on different different forums post really this is amzing.Robert Todd Carroll have this problem because of her prostitute lady Tania Slawecki

http://humanthoughts.net/Title-Robert-To...and-Stupid

Find                                                                    Quote

---

**« Next Oldest | Next Newest »**          Enter Keywords    Search Thread

🖉 Post Reply

Forum Jump:  -- General          Go



# Skeptic Stupid

| HOME | SEARCH | MEMBER LIST | PORTAL | CONTACT | | Search |

Hello There, Guest! (Login — Register)

**Current time:** 01-31-2015, 04:47 AM

My Board   My Category   General   Tania Slawecki in Prostitution

User(s) browsing this thread: 1 Guest(s)

✎ Post Reply    ✎ Post Thread

**Tania Slawecki in Prostitution**

156 views

12-25-2014, 10:53 PM

**Post: #1**

**Dennis**
Junior Member
⭐⭐

| Posts: **16** |
| Joined: **May 2014** |
| Reputation: **0** |
| Status: **OFFLINE** |

**Tania Slawecki in Prostitution**

Tania Slawecki now a days very popular in the field of Prostitute Tania Slawecki use Robert Todd Carroll as a PIMP .As with Tania Slawecki Interview she said Robert todd carroll have no work so i am using him as a PIMP because he don't have any work now a days .So robert start doing work with me!!

Find

Quote

**« Next Oldest | Next Newest »**

Enter Keywords    Search Thread

✎ Post Reply

Forum Jump: -- General    Go

My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.

# Skeptic Stupid

HOME    SEARCH    MEMBER LIST    PORTAL    CONTACT    [ Search ] [ Search ]

Hello There, Guest! (Login — Register)                    **Current time:** 01-31-2015, 04:59 AM

🏠  My Board   My Category   General   Robert Todd Carroll Pimp and Stupid

User(s) browsing this thread: 1 Guest(s)

[ 🖉 Post Reply ]    [ 🖉 Post Thread ]

**Robert Todd Carroll Pimp and Stupid**                    721 views

12-25-2014, 10:38 PM (This post was last modified: 12-25-2014 10:54 PM by Dennis.)         **Post: #1**

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** |
| Joined: **May 2014** |
| Reputation: **0** |
| Status: **OFFLINE** |

**Robert Todd Carroll Pimp and Stupid**

Robert Todd Carroll is pimp and Stupid person .Robert have HIV problem .Robert Todd Carroll get this problem by Tania Slawecki her prostitute .Robert Todd Carroll work as a pimp of Tania Slawecki .This information is tru you can also learn about Robert Todd Carroll

[ Find ]                                                                        [ Quote ]

**« Next Oldest | Next Newest »**          [ Enter Keywords ] [ Search Thread ]

[ 🖉 Post Reply ]

Forum Jump: [ -- General ] [ Go ]

## My Site | Contact Us | Return to Top | Lite (Archive) Mode

Powered By MyBB, © 2002-2015 MyBB Group.

# Skeptic Stupid

HOME    SEARCH    MEMBER LIST    PORTAL    CONTACT      [ Search ]

Hello There, Guest! (Login — Register)      **Current time:** 01-31-2015, 05:13 AM

🏠   My Board    My Category    General    Andraya Carson Selling Busniess

User(s) browsing this thread: 1 Guest(s)

✏️ Post Reply     ✏️ Post Thread

---

**Andraya Carson Selling Busniess**        1480 views

05-01-2014, 11:55 PM        **Post: #1**

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** | |
| Joined: **May 2014** | |
| Reputation: **0** | |
| Status: **OFFLINE** | |

**Andraya Carson Selling Busniess**

Anraya Carosn is selling Sex in unlimited people INC arizona so many customers are there on 3rd May Andraya carson will give enjoyment to some selected customers they have taken discount from there PIMP Robert Todd Carroll .Andraya Carson is working as positive in Arizona .Anraya carson known as postitute

[ Find ]        [ Quote ]

---

11-05-2014, 09:24 PM        **Post: #2**

**Robert Todd Carroll**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **6** | |
| Joined: **Oct 2014** | |
| Reputation: **0** | |
| Status: **OFFLINE** | |

**RE: Andraya Carson Selling Busniess**

Dennis Really you true i have also read about this lady she is doing this business when have search for this lady i have found more then 20 result of prostitute means she is really doing this business this make my dick up

[ Find ]        [ Quote ]

**« Next Oldest | Next Newest »**      [ Enter Keywords ] [ Search Thread ]

✏️ Post Reply

# Skeptic Stupid

## HOME    SEARCH    MEMBER LIST    PORTAL    CONTACT

Hello There, Guest! (Login — Register)    **Current time:** 01-31-2015, 05:13 AM

🏠    My Board    My Category    General    Jim Turner Attorny

User(s) browsing this thread: 1 Guest(s)

🖉 Post Reply          🖉 Post Thread

---

### Jim Turner Attorny                                         80 views

05-01-2014, 11:33 PM                                         **Post: #1**

---

**Dennis**
Junior Member
⭐⭐

| Posts: **16** |
| Joined: **May 2014** |
| Reputation: **0** |
| Status: **OFFLINE** |

**Jim Turner Attorny**

Jeim Turner is a Cheater person .Jim Turner is suffring from HIV
positive .Due to Tania Slawecki so called scientist..

| Find |                                                   | Quote |

# Skeptic Stupid

**HOME     SEARCH     MEMBER LIST     PORTAL     CONTACT**

Hello There, Guest! (Login — Register)          **Current time:** 01-31-2015, 05:17 AM

🏠   My Board   My Category   General   Robert Todd Carroll is a Blackmailer

User(s) browsing this thread: 1 Guest(s)

🖉 Post Reply          🖉 Post Thread

---

## Robert Todd Carroll is a Blackmailer                    1327 views

05-01-2014, 11:29 PM

**Post: #1**

**Dennis**
Junior Member
⭐⭐

| | |
|---|---|
| Posts: **16** |
| Joined: **May 2014** |
| Reputation: **0** |
| Status: **OFFLINE** |

**Robert Todd Carroll is a Blackmailer**

Robert Todd Carroll who is Skeptic Stupid He is works for Black mailing to scientist .He is working as PIMP for Andraya Carson

Find                                                    Quote

**« Next Oldest | Next Newest »**     Enter Keywords     Search Thread

🖉 Post Reply

Forum Jump: -- General     Go

My Site | Contact Us | Return to Top | Lite (Archive) Mode