IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAHENDRA KUMAR TRIVEDI, TRIVEDI FOUNDATION, TRIVEDI MASTER WELLNESS, LLC, | : : : : : | Civil Action No. 4:11-CV-2390 |
| Plaintiffs, | : : | (Judge Brann) |
| v. | : : | |
| TANIA M. SLAWECKI, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW, THEREFORE, THIS 1ˢᵗ DAY OF DECEMBER 2015**, in accordance with the memorandum issued this date **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Leave to File Supplemental Counterclaims is DENIED without prejudice.  May 15, 2015, ECF No. 116.

2. The parties cross motions for summary judgment are DENIED without prejudice.  April 3, 2015, ECF Nos. 114 and 115.

3. The cross-claim is DISMISSED as this Court lacks subject matter jurisdiction.

1

4. The clerk is directed to close the case file.

>BY THE COURT:
>
>s/ Matthew W. Brann
>Matthew W. Brann
>United States District Judge